# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 8, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130824

ROSEMARY GOODLANDER, Personal
Representative for the Estate of Kim
Goodlander, Deceased,
        Plaintiff-Appellant,

v

                        SC: 130824
                        COA: 265714
                        Genesee CC: 05-081678-NO

CAROL NAIMI, d/b/a WHIGVILLE PARTY
STORE, a/k/a GRAND BLANC MARKET,
        Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the March 14, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      CAVANAGH and KELLY, JJ., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 8, 2006                                _____

d1101                                           Clerk